IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                 Plaintiff,        )<br>                                   )<br>        vs.                        )<br>                                   )<br>PAUL J. HOLBERT,                   )<br>                 Defendant.        ) | 8:03CR428<br><br>ORDER |

    Defendant Paul J. Holbert appeared before the court on Thursday, June 28, 2007 on a Petition for Warrant or Summons for Offender Under Supervision [50]. The defendant was represented by Assistant Federal Public Defender Jennifer L. Gilg and the United States was represented by Assistant U.S. Attorney Maria R. Moran. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 23, 2007 at 3:30 p.m.** Defendant must be present in person.

    2.    The defendant is released on current conditions of supervision.

DATED this 28th day of June, 2007.

                                                                                            BY THE COURT:

                                                                                            s/ F. A. Gossett<br>                                                                                            United States Magistrate Judge